1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD L. BASKETT,                          )
                                            )
                    Petitioner,             )      CASE NO.  C06-1525-JLR-MJB
                                            )
        v.                                  )
                                            )
KEN QUINN,                                  )      REPORT AND
                                            )      RECOMMENDATION
                    Respondent.             )
_____ )

8

9

10

11

12

13                          I.  INTRODUCTION AND BACKGROUND

14          Petitioner is a state prisoner proceeding *pro se* in this petition for writ of habeas

15   corpus pursuant to 28 U.S.C. § 2254.  In April 2003, Petitioner was convicted on his

16   guilty plea of first degree child molestation.  (Dkt. #12, Ex. 1.)  The trial court imposed a

17   Special Sexual Offender Sentencing Alternative (SSOSA) sentence of 60 months,

18   suspended on condition that Petitioner serve 90 days in confinement and enter into,

19   make reasonable progress, and successfully complete sex offender treatment.  (*Id.*)  On

20   April 8, 2005, the court held a revocation hearing after Petitioner was terminated from

21   his treatment program, and Petitioner's SSOSA sentence was revoked.  (Dkt. #12, Ex. 1

22   at 2-3.)

23          On November 6, 2006, Petitioner's § 2254 habeas petition was filed in this court.

24   (Dkt. #6.)  Respondent filed a motion to dismiss Petitioner's habeas petition as

25

26   REPORT AND RECOMMENDATION
     Page - 1

1    unexhausted or, in the alternative, a motion to stay the petition until exhaustion is

2    completed.  (Dkt. #12.)   After careful consideration of the entire record, I conclude that

3    Respondent's motion to dismiss should be GRANTED.

4                                    II DISCUSSION

5           It is well established that state remedies must first be exhausted on all issues

6    raised in a federal habeas corpus petition.  *Rose v. Lundy*, 455 U.S. 509 (1982); 28

7    U.S.C. § 2254(b).  Exhaustion must be shown either by providing the highest state court

8    with the opportunity to rule on the merits of the claim or by showing that no state

9    remedy remains available.  *See Johnson v. Zenon*, 88 F.3d 828, 829 (9th Cir. 1996)

10   (citations omitted).  The exhaustion requirement is a matter of comity, intended to afford

11   the state courts the "first opportunity to remedy a constitutional violation."  *Sweet v.*

12   *Cupp*. 640 F.2d 233, 236 (9th Cir. 1981).  A federal habeas petitioner must provide the

13   state courts with a fair opportunity to apply controlling legal principles to the facts

14   bearing on his constitutional claims.  *Picard v. Connor*, 404 U.S. 270 (1971); *Anderson*

15   *v. Harless*, 459 U.S. 4 (1982).

16          In the motion to dismiss, Respondent argues that Petitioner has not completed

17   exhaustion of his claims in state court because his direct appeal is still pending at the

18   Washington Supreme Court and Petitioner has also filed a pending petition in the

19   sentencing court.  The exhibits submitted by Respondent in support of this argument

20   include the state supreme court's docket for Petitioner's direct appeal, which reflects that

21   as of November 7, 2006, his petition for discretionary review is pending and set for

22   consideration on July 10, 2007.  (Dkt. #12 at Ex. 3.)   To date, Petitioner has presented

23   no argument or evidence indicating that his direct appeal is not still pending in the state

24   supreme court.  Accordingly, because Petitioner has failed to exhaust his state court

25

26   REPORT AND RECOMMENDATION
     Page - 2

1   remedies, the claims in his § 2254 habeas petition are not eligible for federal habeas

2   review.

3                                    III.  CONCLUSION

4         For the reasons set forth above, this Court recommends that Petitioner's § 2254

5   habeas petition be DISMISSED without prejudice.  A proposed order accompanies this

6   Report and Recommendation.

7         DATED this 23rd day of January, 2007.

8                                          _____
                                           MONICA J. BENTON
9                                          United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

    REPORT AND RECOMMENDATION
26  Page - 3