UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD BASKETT,

    Petitioner,

v.

KEN QUINN,

    Respondents.

No. C06-1525 JLR

ORDER

The Court, having reviewed the Petition for Writ of Habeas Corpus, Respondent's Answer, Petitioner's Reply, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) Respondent's motion to dismiss (Dkt. #12) is GRANTED;

(2) Petitioner's Petition for Writ of Habeas Corpus (Dkt. #6) is DISMISSED without prejudice;

(3) The Clerk is directed to send copies of this Order to counsel for each party and to the Honorable Monica J. Benton.

DATED this 23rd day of February, 2007.

                                                    JAMES L. ROBART
                                                    United States District Judge

ORDER