01
02
03
04
05
06                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  RONALD L. BASKETT,                  )
                                         )  Case No. C06-1525-JLR-MJB
09              Petitioner,              )
                                         )
10       v.                              )
                                         )  ORDER
11  KENNETH QUINN,                       )
                                         )
12              Respondent.              )
    _____ )
13
14

15       This matter comes before the court upon Petitioner Ronald Baskett's motion for
16  certificate of appealability, which is contained in Mr. Baskett's notice of appeal (Dkt. #
17  22).
18       A certificate of appealability may issue only if the "applicant has made a
19  substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).
20  The certificate must also "indicate which specific issue or issues satisfy [that test]." 28
21  U.S.C. § 2253(c)(3).  An applicant makes a substantial showing if they demonstrate
22  that their petition involves issues which are debatable among reasonable jurists, that a
23  court could resolve the issues differently, or that the issues are adequate enough to
24  deserve encouragement to proceed further. See Dawson v. Mahoney, 451 F.3d 550,
25  551 (9th Cir. 2006) (citing Slack v. McDaniel, 529 U.S. 473, 484 (2000)).
26

ORDER – 1

01   The court dismissed Mr. Baskett's petition for writ of habeas corpus on the basis
02 that he failed to exhaust state court remedies.  Mr. Baskett's direct appeal is still
03 pending at the Washington State Supreme Court.  Because Mr. Baskett has not
04 demonstrated that the resolution of his petition involves issues that are debatable among
05 reasonable jurists, his motion does not meet the standard for a certificate of
06 appealability.
07   For the foregoing reasons, the court DENIES Mr. Baskett's motion for
08 certificate of appealability (Dkt. # 22).
09   DATED this 5th day of April, 2007.

10
11
12   _____
13   JAMES L. ROBART
     United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER – 2